IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02313-RPM-BNB

TELETECH HOLDINGS, INC.,

    Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,

    Defendant.
_____

**ORDER GRANTING CONTINENTAL CASUALTY COMPANY'S MOTION TO CLARIFY COURTROOM MINUTES**
_____

    Upon consideration of the Unopposed Motion of Continental Casualty Company to Clarify Courtroom Minutes [14], filed on February 28, 2008, it is

    ORDERED that the Court's Courtroom Minutes dated January 24, 2008, are hereby clarified to read as follows: Counsel agree that TeleTech had $2.4 million withheld from it by Nextel, but Continental disputes that TeleTech has established the facts underlying such amount being withheld or that such amount is a loss covered under the terms of Continental's policy.

    DATED:    March 3rd , 2008.

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    United States District Court Judge