IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:              October 2, 2008
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 07-cv-02313-RPM

TELETECH HOLDINGS, INC.,                                  Mark E. Parsky

      Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,                             Kevin O'Brien
                                                          Duncan L. Clore

      Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**1:59 p.m.**     **Court in session.**

Court's preliminary remarks.

2:00 p.m.     Argument by Mr. Parsky [20].
2:10 P.M.     Argument by Mr. Clore [20].

Court's findings as stated on record.

**ORDERED:**  Motion to Modify Scheduling Order and for Leave to File First Amended Complaint, filed August 20, 2008 [20] is denied based on futility.

Argument by Mr. Clore [23].

2:23 p.m.     Argument by Mr. Parsky.
2:34 p.m.     Rebuttal argument by Mr. Clore.

**ORDERED:**  Continental Casualty Company's Motion for Protective Order, filed September 19, 2008 [23], is granted as to Beranek's personnel file and deposition of Kocaj and denied as to the 30(b)(6) deposition.

**2:40 p.m.**     **Court in recess.**     Hearing concluded.  Total time: 41.