## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02313-RPM

**TELETECH HOLDINGS, INC.,**

    **Plaintiff,**

**v.**

**CONTINENTAL CASUALTY COMPANY,**

**Defendant.**

_____

## AGREED ORDER OF DISMISSAL WITH PREJUDICE
_____

    Came on to be considered the Stipulation of Dismissal With Prejudice filed by Plaintiff TeleTech Holdings, Inc. ("Plaintiff"), together with Defendant Continental Casualty Company ("Defendant"). The Court having considered said Stipulation of Dismissal, and being otherwise fully informed of the circumstances in this cause, is of the opinion that said Stipulation is well taken and the case should be dismissed with prejudice. It is therefore,

    ORDERED that all claims and counterclaims that have been or could have been filed by any party in this case against any other party in this case in the captioned cause of action be, and the same hereby are, dismissed with prejudice. It is further

    ORDERED that all other relief not expressly granted herein is hereby denied. It is further

    ORDERED that each party shall pay its costs and attorneys' fees.

Dated this 28th day of November, 2008.

                                         BY THE COURT:
                                         s/Richard P. Matsch
                                         _____
                                         Richard P. Matsch, Senior Judge

AGREED AS TO FORM AND SUBSTANCE:
_____/s/ Mark E. Parsky_____
Mark E. Parsky
Benjamin J. Galloway
McVey & Parsky, LLC
30 N. LaSalle St., Suite 2100
Chicago, IL 60602
Phone: (312) 551-2130
Fax: (312) 551-2131
Emails: mep@mcveyparsky-law.com
bjg@mcveyparsky-law.com

Frank C. Porada
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400S
Denver, Colorado 80202-5424
Phone: (303) 626-7100
Fax: (303) 626-7101
Email: FPorada@featherstonelaw.com

ATTORNEYS FOR PLAINTIFF TELETECH HOLDINGS, INC.

/s/ Duncan L. Clore
Michael Keeley
State Bar No. 11157800
Duncan L. Clore
State Bar No. 04404500
Michael Feiler
State Bar No. 24055475
Strasburger & Price, LLP
901 Main Street, Suite 4400
Dallas, Texas 75202
Phone: (214) 651-4300
Fax: (214) 651-4330
E-mails: michael.keeley@strasburger.com
duncan.clore@strasburger.com
michael.feiler@strasburger.com

and

Kevin O'Brien
John T. Osgood
Hall & Evans, LLC
1125 17th Street, Suite 600
Denver, CO 80202
Phone: (303) 628-3300
Fax: (303) 628-3368
E-mails: obrienk@hallevans.com
osgoodj@hallevans.com

ATTORNEYS FOR DEFENDANT
CONTINENTAL CASUALTY COMPANY